# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| JANET LEE LANA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Case No. CIV-09-941-R |
| | ) | |
| MICHAEL J. ASTRUE, | ) | |
| Commissioner of the Social | ) | |
| Security Administration, | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER

Before the Court is the Report and Recommendation of United States Magistrate Judge Robert E. Bacharach entered October 13, 2010. No objection to the Report and Recommendation has been filed nor has an extension of time in which to object been sought or granted. Therefore, the Report and Recommendation of the Magistrate Judge is ADOPTED in its entirety, the decision of the Commissioner of Social Security is REVERSED and this matter is REMANDED for further findings consistent with the Report and Recommendation.

IT IS SO ORDERED this 4th day of November, 2010.

_____
DAVID L. RUSSELL
UNITED STATES DISTRICT JUDGE